# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>LUXURY SUITES INTERNATIONAL, LLC,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-00464-JAD-NJK<br><br>ORDER DENYING STIPULATION FOR EXTENSION OF TIME<br><br>(Docket No. 7) |

Pending before the Court is a stipulation to extend time for Defendant to respond to Plaintiff's Complaint. Docket No. 7. A stipulation to extend time made after the expiration of the deadline will not be granted unless the parties demonstrate that the failure to file the request before the deadline expired was the result of excusable neglect. LR IA 6-1(a).

Here, the parties filed their stipulation on July 18, 2016, seeking to extend the deadline for Defendant to respond to Plaintiff's Complaint, which expired on June 3, 2016. Docket No. 7; *see also* Docket No. 6. Thus, the Local Rules require them to demonstrate excusable neglect, which the parties fail to address, much less establish. *See* Docket No. 7 at 1-2. Accordingly, the parties' stipulation, Docket No. 7, is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: July 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge