# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>LUXURY SUITES INTERNATIONAL, LLC,<br><br>Defendant(s). | Case No.: 2:16-cv-00464-JAD-NJK<br><br>**ORDER** |

This case has been stayed pending settlement developments in 2:15-cv-00225-GMN-VCF. Docket No. 12. It appears that settlement was approved and that case has been closed. Accordingly, the parties shall file either dismissal papers or a status report in this case by July 3, 2018.

IT IS SO ORDERED.

Dated: June 21, 2018

_____
Nancy J. Koppe
United States Magistrate Judge

1